IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

DENNIS B. WHITE,

    APPELLANT,

VS.

GLENNVILLE BANK,       NO. CV612-32

    APPELLEE.

## DISMISSAL OF APPEAL

COMES NOW the Appellant, DENNIS B. WHITE, and dismisses his appeal in the above-stated matter. By their signatures below, the parties in interest have no opposition to the dismissal.

Respectfully submitted this the 26th day of April, 2012.

                            s/ Jon A. Levis
                            JON A. LEVIS
                            GEORGIA BAR NO. 448848
                            ATTORNEY FOR APPELLANT

MERRILL & STONE, LLC
POST OFFICE BOX 129
SWAINSBORO, GEORGIA 30401
Phone: 478-237-7029
Fax:     478-237-9211

APPROVED:

CONSENTED TO:    B/ Avant Edenfield
                        Judge, U. S. District Court - SDGA

s/ Hugh J. McCullough
HUGH J. McCULLOUGH, ESQ.
ATTORNEY FOR APPELLEE

GEORGIA, EMANUEL COUNTY

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing **DISMISSAL** upon:

Lucy Kathryn Kaney, Executrix
Estate of Dennis B. White
3420 East Hencart Road
Glennville, Georgia  30427

Glennville Bank
Post Office Box 278
Glennville, Georgia  30427

Hugh McCullough, Esq.
McCULLOUGH & SWINDELL
Post Office Box 39
Glennville, Georgia  30427

Huon Le, Trustee
Post Office Box 2127
Augusta, Georgia  30903

Matt Mills, Esq., Assistant U. S. Trustee
222 West Oglethorpe Avenue
Suite 302
Savannah, Georgia  31401

by email or regular mail properly addressed with sufficient postage thereon.

This the 26th day of April, 2012.

                                                                    s/ Jon A. Levis
                                                                    JON A. LEVIS
                                                                    GEORGIA BAR NO. 448848
                                                                    ATTORNEY FOR APPELLANT

MERRILL & STONE, LLC
POST OFFICE BOX 129
SWAINSBORO, GEORGIA  30401
Phone:  478-237-7029
Fax:    478-237-9211